No. 23-60216

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

JOHN M. BARR; JOHN MCPHERSON,

Petitioners,

v.

SECURITIES AND EXCHANGE COMMISSION,

Respondent.

On Petition for Review of a Final Order
of the Securities and Exchange Commission

**UNOPPOSED MOTION
OF THE SECURITIES AND EXCHANGE COMMISSION
FOR A 60-DAY EXTENSION TO FILE
ITS MERITS BRIEF AND RECORD EXCERPTS**

STEPHEN G. YODER
Senior Appellate Counsel

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9040
(202) 551-4532

# CERTIFICATE OF INTERESTED PERSONS

*Barr v. SEC*, No. 23-60216

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of the case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. John M. Barr, petitioner

    a. Daniel L. Geyser, counsel for Barr

    b. Haynes and Boone, LLP counsel for Barr

    c. J. Kevin Edmundson, counsel for Barr

    d. Edmundson Shelton Weiss PLLC, counsel for Barr

2. John McPherson, petitioner

    a. Brian J. Leske, counsel for McPherson

    b. Michael J. Sullivan, counsel for McPherson

    c. Kimberly P. West, counsel for McPherson

    d. Ashcroft Sullivan LLC, counsel for McPherson

3. Securities and Exchange Commission ("Commission"), respondent

a. Megan Barbero, General Counsel, Commission

b. Michael A. Conley, Solicitor, Commission

c. Caroline A. Crenshaw, Commissioner, Commission

d. Gary Gensler, Chair, Commission

e. Kristina Guidi, Attorney, Office of the Whistleblower ("OWB"), Commission

f. Nicole C. Kelly, Chief, OWB, Commission

g. Jaime Lizárraga, Commissioner, Commission

h. Emily M. Pasquinelli, Assistant Director, OWB, Commission

i. Hester M. Peirce, Commissioner, Commission

j. Mark T. Uyeda, Commissioner, Commission

k. Stephen G. Yoder, Senior Appellate Counsel, Commission

/s/ Stephen G. Yoder  
STEPHEN G. YODER  
Attorney of Record for Respondent  
Securities and Exchange Commission

Dated: October 31, 2023

The Commission respectfully moves the Court, pursuant to Fed. R. App. P. 27 and 5th Cir. R. 27.1.1 and 31.4.3.2, for an extension by 60 days of the deadline to file its merits brief and record excerpts, from November 13, 2023 to January 12, 2024. No previous extensions of this deadline have been granted. The requested extension is necessary because of the novelty of the questions raised in this petition for review, the large size of the record, and the undersigned counsel's competing commitments. Opposing counsel have represented that petitioners John M. Barr and John McPherson consent to this extension.

This case is a petition for review of the Commission's final order granting petitioner Barr's and petitioner McPherson's respective applications for a whistleblower award in connection with a civil law enforcement action. Before this Court, Barr and McPherson argue that the Commission's whistleblower statute and rules require that their awards be augmented by virtue of distributions to investors in a Chapter 11 bankruptcy case filed by the company that was named as a defendant in the Commission's action. *See generally* Dkt. 58, 62 in No. 23-60216 (5th Cir.) (opening briefs). To the best of the undersigned counsel's knowledge, this is the first case in the thirteen-year history of

the Commission's whistleblower program to raise such bankruptcy questions on petition for review. Additional time therefore will be required to thoroughly research and address those questions.

Moreover, additional time also will be necessary due to the large size of the record in this matter. The administrative record filed by the Commission in this petition for review encompasses 1,694 pages. *See* Dkt. 39 in No. 23-60216 (5th Cir.). A full understanding of the issues raised by petitioners in this Court will also require review of dozens of filings in the Commission's enforcement action and in the company's bankruptcy case.

Finally, compliance with the existing deadline would be exceedingly difficult given the undersigned counsel's competing commitments. Counsel is responsible for pending litigation in other whistleblower matters, including *Johnson v. SEC*, No. 23-13499 (11th Cir.) (appeal filed Oct. 20, 2023); *Feng v. SEC*, No. 23-1585 (9th Cir.) (Commission's merits brief due Nov. 13, 2023); and *Nelson v. SEC*, No. 22-1316 (D.C. Cir.) (Commission's merits brief due Dec. 18, 2023).

For the foregoing reasons, the Court should extend by 60 days the Commission's deadline to file its merits brief and record excerpts, from November 13, 2023 to January 12, 2024.

        Respectfully submitted,

        /s/ Stephen G. Yoder
        STEPHEN G. YODER
        Senior Appellate Counsel

        Securities and Exchange Commission
        100 F Street, N.E.
        Washington, D.C. 20549-9040
        (202) 551-4532

Dated: October 31, 2023

# CERTIFICATE OF COMPLIANCE

I hereby certify as follows:

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 404 words as counted using Microsoft Office Word 2010.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word 2010 in 14-Point Century Schoolbook.

/s/ Stephen G. Yoder
STEPHEN G. YODER
Senior Appellate Counsel

Dated:  October 31, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, I electronically filed the foregoing motion with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, which will effectuate service on counsel of record for all parties in this petition for review.

/s/ Stephen G. Yoder
STEPHEN G. YODER
Senior Appellate Counsel

Dated: October 31, 2023